[No. 55476-0-I.   Division One.   October 10, 2005.]

JULIE MOLVIK ET AL., *Appellants*, v. THOMAS BIHLER ET AL.,
*Respondents.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 03-2-12390-9, Linda C. Krese, J., en-
tered December 14, 2004. *Reversed* by unpublished opinion
per Cox, C.J., concurred in by Coleman and Appelwick, JJ.

[No. 31438-0-II.   Division Two.   October 11, 2005.]

THE STATE OF WASHINGTON, *Appellant*, v. MICHAEL L. VAUGHN,
*Respondent.*

Appeal from a judgment of the Superior Court for Mason
County, No. 02-1-00172-6, Toni A. Sheldon, J., entered
February 24, 2004. *Reversed* by unpublished opinion per
Morgan, J., concurred in by Quinn-Brintnall, C.J., and
Houghton, J.

[No. 31658-7-II.   Division Two.   October 11, 2005.]

*In the Matter of the Marriage of* MARIE ANNETTE SPREEN,
*Respondent*, and ALAN TOMBAUGH SPREEN, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 93-3-03013-3, Sergio Armijo, J., entered April
16, 2004. *Reversed* by unpublished opinion per Morgan, J.,
concurred in by Quinn-Brintnall, C.J., and Hunt, J.

[No. 31788-5-II.   Division Two.   October 11, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. KALE AARON VORAK,
*Appellant.*

Appeal from a judgment of the Superior Court for
Pierce County, No. 03-1-04329-1, James R. Orlando, J.,
entered May 25, 2004. *Affirmed* by unpublished opinion
per Van Deren, A.C.J., concurred in by Houghton and
Armstrong, JJ.